# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MARYLAND

**DAMESHIA PEEPLES**                                   \*
3125 Forest Run Drive
Forestville, MD 20747                                  \*

      **Plaintiff**,                                    \*

      **v.**                                           \*

**LORRING PARK APARTMENTS, LLC,**                      \*        Case No.
Aulder Capital
Suite 605                                              \*
40 Broad Street
New York, New York 1004                                \*

**ZPM MANAGEMENT, LLC**                                \*
40 Broad Street
Suite 605                                              \*
New York, New York 10004
                                                       \*
and
                                                       \*
**AUGUSTINE ROOFING, LLC**
21635 Cascades Parkway                                 \*
Sterling, Virginia 20166
                                                       \*
      **Defendants.**
                                                       \*

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## <u>NOTICE OF REMOVAL</u>

      COMES NOW Defendant Augustine Roofing, LLC ("Defendant Augustine"), by

and through undersigned counsel, and pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441

and Local Rule 103.5, and removes to this Court the instant action, now pending in the

Circuit Court of Maryland for Prince George's County.  In support of its Notice of Removal, Defendant states as follows:

1.      On or around March 25, 2022, Plaintiff filed a Complaint in the Circuit Court for Prince George's County, Maryland, captioned *Peeples vs. Lorring Park Apartments LLC*, Case No.: CAL22-09285.  *See* COMPLAINT, **EXHIBIT A.**  The Complaint alleges that on or about April 22, 2019, Plaintiff was injured when the ceiling above her bed collapsed. *See* COMPLAINT, **Ex. A**, ¶ 8.

2.      Plaintiff is a citizen and resident of the State of Maryland and resides in Prince George's County.  *See* COMPLAINT, **Ex. A**, at ¶ 4.

3.      Plaintiff has served "Augustine Roofing, LLC" with process via certified mail in its principal place of business in Sterling, Virginia.  *See* Maryland Business Entity Record, attached hereto as **Exhibit B**; Writ of Summons, attached hereto as **Exhibit C;** Affidavit of Erin Howard, attached hereto as **Exhibit D**.  Erin Howard is the sole member of the entity which was served with process, and Ms. Howard is a resident of the State of Virginia.  *See* Affidavit of Erin Howard, **Ex. D**.

4.      Co-Defendant ZPM Management, LLC, the property manager of the property where the occurrence took place, is a New York registered limited liability company.  **Ex. A**, at ¶ 3.  There is no evidence that any of the members of ZPM Management, LLC are residents of the State of Maryland.[1]

---

[1] The Circuit Court for Prince George's County docket does not reflect that either of the Co-Defendants have been served at this time.

5.      Co-Defendant Loring Park Apartments, LLC ("Loring Park"), is the owner of the property where the incident occurred.  **Ex. A**, at ¶ 5.  While Paragraph 5 of Plaintiff's Complaint states that Loring Park is "a Maryland registered limited liability company," the Caption of Plaintiff's Complaint lists Loring Park's address as 40 Broad Street, New York, New York 10004.  *Id*. at CAPTION, ¶ 5.  A search of Maryland's business Entity Search engine did not provide any results for "Loring Park Apartments" as being a registered Maryland entity.  There is also no evidence that any of the members of Loring Park are residents of the State of Maryland.

6.      Complete diversity exists in this matter under 28 U.S.C. § 1332(a).

7.      The amount in controversy is in excess of $75,000, meeting the amount in controversy requirements under 28 U.S.C. § 1332(a).  *See* COMPLAINT, **Ex. A**, WHEREFORE clause.

8.      Defendant Augustine was served with Summons and Complaint via certified mail on August 5, 2022.  *See* Writ of Summons, **Ex. C**; Howard Affidavit, **Ex. D**, ¶ 4.  Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446(b), as Defendant was served less than thirty (30) days ago.

9.      A copy of the Complaint is attached as **Exhibit A.**  A copy of the Summons is attached hereto as **Exhibit C**.

10.     On September 2, 2022, Defendant filed an Answer to Complaint with the Circuit Court for Prince George's County, Maryland, a copy of which is attached hereto as **Exhibit E.**

11.     On September 2, 2022, Defendant filed in the Circuit Court for Prince George's County, Maryland, a Notice of Removal Filing to the United States District Court for the Southern District of Maryland, a copy of which is attached hereto as **Exhibit F,** without exhibits.

Respectfully submitted,

*/s/ Larissa N. Byers*

_____

Larissa N. Byers (Fed. Bar No.: 25881)
The Law Offices of Frank F. Daily, P.A.
Executive Plaza III, Suite 704
11350 McCormick Road
Hunt Valley, MD  21031
Phone:  (410) 584-9443
Fax:  (410) 584-9619
lbyers@frankdailylaw.com
*Attorney for Defendants*

4

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY on the **2nd** day of September, 2022, a copy of the foregoing Notice of Removal was mailed first-class, postage prepaid, to:

Douglas E. Brown, Esquire
Brennan McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, MD  20770
*Attorney for Plaintiff*

Lorring Park Apartments, LLC
Aulder Capital
Suite 605
40 Broad Street
New York, New York 1004

ZPM Management, LLC
40 Broad Street
Suite 605
New York, New York 10004

*/s/ Larissa N. Byers*
_____