IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| DAMESHIA PEEPLES<br>3125 Forest Run Drive<br>Forestville, Maryland 20747<br><br>  Plaintiff,<br><br>v.<br><br>LORRING PARK<br>APARTMENTS, LLC<br>Aulder Capital Suite 605<br>40 Broad Street<br>New York, New York 10004<br><br>SERVE ON:<br>CSC-LAWYERS INCORPORATING<br>SERVICE COMPANY<br>7 St. Paul Street, Suite 820<br>Baltimore, Maryland 21202<br><br>and<br><br>ZPM MANAGEMENT, LLC<br>40 Broad Street<br>Suite 605<br>New York, New York 10004<br><br>SERVE ON:<br>ZPM MANAGEMENT. LLC<br>Corporate Designee<br>40 Broad Street, Suite 605<br>New York, New York 10004<br><br>and<br><br>AUGUSTINE ROOFING, LLC<br>249 Penelacre Lane<br>Oakland, Maryland 21550<br><br>SERVE ON:<br>Mr. William Augustine, Registered Agt | **EXHIBIT A**<br><br>Case No.: CAL22-09285 |



| | |
|---|---|
| **249 Penelacre Lane** | * |
| **Oakland, Maryland 21550** | * |
| | * |
| **Defendants.** | * |

## COMPLAINT

Comes now the Plaintiff, Dameshia Peeples, by and through her attorneys, Douglas E. Brown, and Brennan, McKenna, and Lawlor, Chtd., and hereby files this Complaint against the Defendants; Loring Park Apartments, LLC (hereinafter "Loring"), ZPM Management, LLC (hereinafter "ZPM"), and Augustine Plumbing, LLC (hereinafter "Augustine"), and states in support thereof as follows.

1. This Court has jurisdiction over this action pursuant to Md. Ann. Code, Cts. & Jud. Proc. Art. §1-501.

2. This Court has personal jurisdiction over Defendant pursuant to Md. Ann. Code, Cts. & Jud. Proc. Art. §§6-102 and 6-103.

3. This Court has venue over this action pursuant to Md. Ann. Code, Cts. & Jud. Proc. Art. §§6-201 and 6-202.

4. That the Plaintiff, Dameshia Peeples, is an adult resident of Forestville, in the State of Maryland.

5. That the Defendant, Loring Park Apartments, LLC, is a Maryland registered limited liability company, and is the owner of the property where the incident described herein occurred.

6. That the Defendant, ZPM Management, LLC, is a New York registered business that was the property manager of the property where the incident described herein occurred.

7. That the Defendant, Augustine Roofing, LLC, is a Maryland registered limited liability company and was contracted by Defendants, Loring Park Apartments, LLC, and ZPM

Management, LLC, to perform roofing work on the premises where the incident described herein occurred.

## Facts Common to All Counts

8. That on or about April 22, 2019, while lying in her bed in the bedroom of the apartment she leased from Defendant, Loring Park Apartments, LLC, the Plaintiff had the ceiling above her bed collapse down upon her, hitting her, and causing injury to her person.

9. That as a result of the ceiling collapsing down upon the Plaintiff she suffered significant injury to her upper torso area, and also suffered neurologic damage as a result.

10. That the nature of the aforesaid injuries were such that necessitated extensive medical treatment that included surgery and a period of recovery and rehabilitation.

11. That the Plaintiff still suffers from pain, discomfort, and mental anguish as a result of the aforesaid injuries.

## Count I – Negligence; Defendant Loring Park Apartments, LLC

12. That the Plaintiff Dameshia Peeples, hereby incorporates by reference the allegations contained in Paragraphs 1 through 11 and states them herein.

13. That Defendant Loring owed a duty to the Plaintiff as a business invitee of its property to inspect and warn of any real or foreseeable dangers on the premises.

14. That Defendant Loring breached its duty of care owed to the Plaintiff by failing to inspect the ceiling of the apartment the Plaintiff was leasing, and warn of foreseeable dangers involving the ceiling.

15. That Defendant Loring's failure to inspect and warn the Plaintiff did cause the Plaintiff to suffer injury from ceiling collapse upon the Plaintiff.

16. That the aforesaid collapse of the ceiling in the Plaintiff's leased apartment was the direct and proximate cause of the injuries sustained by the Plaintiff.

17. That the Plaintiff did not contribute in any way to the negligence of the Defendant Loring.

18. That as a result of the collapse of the ceiling upon the Plaintiff, she did suffer damage/injury to her person that necessitated immediate and ongoing medical treatment.

WHEREFORE the Plaintiff, Dameshia Peeples, demands judgment in her favor against the Defendant, Loring Park Apartments, LLC, in an amount to exceed Seventy Five Thousand and NO/100 dollars ($75,000.00), plus costs of this action, reasonable attorney's fee, and any further relief this Court deems just and proper.

### Count II - Negligence; Defendant ZPM Management, LLC

19. That the Plaintiff Dameshia Peeples, hereby incorporates by reference the allegations contained in Paragraphs 1 through 11 and states them herein.

20. That Defendant ZPM owed a duty to the Plaintiff as a business invitee of its property to inspect and warn of any real or foreseeable dangers on the premises.

21. That Defendant ZPM breached its duty of care owed to the Plaintiff by failing to inspect the ceiling of the Plaintiff's leased apartment on its premises, and warn of foreseeable dangers involving the possible and actual collapse of the ceiling.

22. That Defendant ZPM's failure to warn the Plaintiff did cause the Plaintiff to suffer injury from the ceiling collapse upon her as she was in her bedroom of the leased apartment.

23. That the aforesaid collapse of the ceiling was the direct and proximate cause of the injuries sustained by the Plaintiff.

24. That the Plaintiff did not contribute in any way to the negligence of the Defendant ZPM.

25. That as a result of the collapse of the ceiling on Defendant ZPM property the Plaintiff did suffer damages to her person that necessitated immediate and ongoing medical treatment.

WHEREFORE the Plaintiff, Dameshia Peeples, demands judgment in her favor against the Defendant, ZPM Management, LLC, in an amount to exceed Seventy Five Thousand and NO/100 dollars ($75,000.00), plus costs of this action, reasonable attorney's fee, and any further relief this Court deems just and proper.

### Count III - Negligence; Defendant Augustine Plumbing, LLC

26. That the Plaintiff Dameshia Peeples, hereby incorporates by reference the allegations contained in Paragraphs 1 through 11 and states them herein.

27. That Defendant Augustine owed a duty to the Plaintiff to perform work on the leased premises of the Plaintiff in a safe and prudent manner so as not to cause damage to the ceiling that caused the collapse down upon the Plaintiff.

28. That upon information and belief Defendant Augustine breached its duty of care owed to the Plaintiff by failing to perform work of the roof area of the leased premises of the Plaintiff in a safe and prudent manner so as to not cause the ceiling to collapse down upon the Plaintiff in her leased apartment, thus causing injury to her person.

29. That upon information and belief Defendant Augustine's failure to perform roofing work in a safe and prudent manner so as to not cause the ceiling to collapse in the Plaintiff's leased apartment did cause the Plaintiff to suffer injury from the ceiling collapse upon her as she was in her bedroom of the leased apartment.

30. That the aforesaid collapse of the ceiling was the direct and proximate cause of the injuries sustained by the Plaintiff.

31. That the Plaintiff did not contribute in any way to the negligence of the Defendant Augustine.

32. That as a result of the collapse of the ceiling upon the Plaintiff, she did suffer damages to her person that necessitated immediate and ongoing medical treatment.

WHEREFORE the Plaintiff, Dameshia Peeples, demands judgment in her favor against the Defendant, Augustine Plumbing, LLC, in an amount to exceed Seventy Five Thousand and NO/100 dollars ($75,000.00), plus costs of this action, reasonable attorney's fee, and any further relief this Court deems just and proper.

Respectfully submitted,

Douglas E. Brown, CPF# 0312160097
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
(301) 474-0044
Attorney for Plaintiff
dbrown@brennanmckenna.com